```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  KATHERINE B. DOWLING (CSBN 220767)
   Assistant United States Attorneys
4
       450 Golden Gate Ave., 9th Floor
5      P.O. Box 36055
       San Francisco, CA 94102
6      Telephone: (415) 436-6833
       Facsimile: (415) 436-7169
7
   Attorneys for the Defendant John E. Potter
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN MULLIGAN, | ) | No. C-07-0399-MEJ |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR COMPROMISE SETTLEMENT [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Please see the attached Stipulation for Compromise Settlement.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By:   /S/ Kathy B. Dowling
      KATHERINE B. DOWLING
      Assistant United States Attorneys
      Attorneys for the Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
HON. MARIA-ELENA JAMES
United States District Court Magistrate Judge

Stip for Compromise Settlement & [Proposed] Order
(No. C-07-0399-MEJ)