```
JOEL H. SIEGAL, ESQ.
JEROME M. GARCHIK, SB 50562
ATTORNEY AT LAW
703 MARKET ST., STE. 801
SAN FRANCISCO CA. 94103
Attorneys for Plaintiff
  JOHN MULLIGAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN MULLIGAN, | CASE NO. C-07-0399-MEJ |
| Plaintiff | |
| vs. | PLAINTIFF'S RULE 41(a)(1) |
| | NOTICE OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant | |

PLAINTIFF JOHN MULLIGAN, pursuant to Rule 41(a)(1) and pursuant to STIPULATION FOR COMPROMISE SETTLEMENT filed herein on August 24, 2007, hereby Stipulates and confirms Dismissal of the herein action with prejudice, upon receipt of the Settlement Proceeds provided for in ¶2 of said STIPULATION FOR COMPROMISE SETTLEMENT.

Dated: SEPTEMBER 12, 2007

JEROME M. GARCHIK, SB 50562
_____
Attorneys for Plaintiff

So Stipulated:

September  , 2007

KATHERINE DOWLING
_____
COUNSEL FOR DEFENDANT

The Clerk of Court shall close the file.

Dated: October 30, 2008

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA